1004

No. 99–265. NAKAMURA ET AL. *v.* BABBITT, SECRETARY OF THE INTERIOR. C. A. 9th Cir. Certiorari denied. 

No. 99–274. JOHNSON ET AL. *v.* E. A. MILLER, INC., ET AL. C. A. 10th Cir. Certiorari denied. 

No. 99–278. RUIZ CORONADO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 99–282. BLACKFEET NATIONAL BANK ET AL. *v.* NELSON, FLORIDA TREASURER AND INSURANCE COMMISSIONER. C. A. 11th Cir. Certiorari denied. 

No. 99–417. EPSTEIN ET AL. *v.* MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., ET AL. C. A. 9th Cir. Certiorari denied. ██

No. 99–420. MIDWEST MOTOR EXPRESS, INC., ET AL. *v.* CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND. C. A. 7th Cir. Certiorari denied. 

No. 99–428. PERDUE *v.* HUNTER ET AL. Ct. App. D. C. Certiorari denied.

No. 99–433. COUNTY OF ORANGE ET AL. *v.* WEHRLI. C. A. 9th Cir. Certiorari denied. 

No. 99–441. KIRKPATRICK ET UX. *v.* CITY OF BANGOR. Sup. Ct. Me. Certiorari denied. 

No. 99–442. INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL–CIO *v.* R. L. COOLSAET CONSTRUCTION CO. C. A. 7th Cir. Certiorari denied. 

No. 99–445. OGLESBY ET UX. *v.* GENERAL MOTORS CORP. C. A. 2d Cir. Certiorari denied. 

No. 99–452. TORRES *v.* BONILLA ET AL.; and ONOSSIAN ET AL. *v.* BLOCK ET AL. C. A. 9th Cir. Certiorari denied. Reported below: 185 F. 3d 869 (first judgment); 175 F. 3d 1169 (second judgment).

No. 99–459. CONNICK, DISTRICT ATTORNEY, ORLEANS PARISH *v.* HUDSON. C. A. 5th Cir. Certiorari denied.